**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RANDELL E. WISHAM                                                                           PLAINTIFF

V.                                          3:11CV00119 SWW/JTR

GERALD MCCLUNG,
Sheriff of Clay County, et al.                                                              DEFENDANTS

**ORDER**

On September 6, 2011, service on Defendant Adam Smith was returned unexecuted because he no longer works for the Clay County Detention Center. *See* docket entry #22. On September 9, 2011, the Court ordered Defendants to file Smith's last known private mailing address, under seal. *See* docket entry #25. Later that day, Plaintiff filed a Notice stating that he believes Smith works for the Corning Police Department, in Clay County, Arkansas. *See* docket entry #27.

The Court will direct service on Smith at the Corning Police Department. Nevertheless, Defendants should file Smith's last known private mailing address, under seal, so that the Court may use that address if service on Smith at the Corning Police Department is unsuccessful.

IT IS THEREFORE ORDERED THAT the Clerk is directed to prepare a summons for Defendant Smith, at the Corning Police Department, 408 West Main

Street, Corning Arkansas 72422.  The U.S. Marshal is directed to serve the summons, Complaint, Amended Complaint, Second Amended Complaint, and the August 18, 2011 Order on him without prepayment of fees and costs and security therefor.

Dated this 13th day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE