# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RANDELL E. WISHAM,
ADC #151970                                                                                    PLAINTIFF

V.                                      3:11CV00119 JTR

GERALD MCCLURG,
Sheriff of Clay County, et al.                                                         DEFENDANTS

## ORDER

In this *pro se* § 1983 action, Plaintiff alleges that, while he was confined in the Clay County Detention Center, Defendants failed to provide him with adequate medical care for high blood pressure and a staph infection on his leg and face. *See* docket entries #2, #8, and #9.

On February 23, 2012, Defendants filed a Motion to Compel asserting that Plaintiff has refused to sign three Medical Authorization forms allowing the Veteran's Administration ("VA") Medical Centers in Memphis, Nashville, and Popular Bluff to release his medical records. *See* docket entry #45. Accordingly, they ask the Court to compel Plaintiff to execute those documents. *Id.* Additionally, they seek an extension of the dispositive motion deadline until after they receive and review Plaintiff's medical records. *Id.*

Plaintiff has not responded to the Motion to Compel, and the time for doing so has expired.  *See* Local Rule 7.2(b) (providing that an opposing party has fourteen days to file a response to a motion); Local Rule 7.2(f) (providing that: "The failure to timely respond to any nondispositive motion . . . shall be an adequate basis, without more, for granting the relief sought in said motion").  Additionally, the Court finds good cause for granting Defendants' requests.

IT IS THEREFORE ORDERED THAT:

1. Defendants' Motion to Compel and for an Extension of Time (docket entry #45) is GRANTED.

2. The Clerk is directed to send Plaintiff a copy of the VA Medical Authorization forms that are attached as Exhibit 3 to Plaintiff's Motion to Compel (docket entry #45).

3. Plaintiff must fully complete and return, to the Court, the VA Medical Authorization forms that are being sent to him with this Order **on or before April 13, 2012.**

4. Plaintiff is advised that his failure to timely and properly do so will result in the dismissal of this lawsuit pursuant to Fed. R. Civ. P. 37(b)(2).

5. Defendants have **until June 13, 2012** to file any dispositive motions.

Dated this <u>3rd</u> day of April, 2012.

                                                                   _____
                                                                   UNITED STATES MAGISTRATE JUDGE