# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RANDELL E. WISHAM,
ADC #151970                                                                                         PLAINTIFF

V.                                            3:11CV00119 JTR

GERALD MCCLUNG,
Sheriff of Clay County, et al.                                                              DEFENDANTS

## ORDER

On April 3, 2012, the Court entered an Order directing Plaintiff to complete Medical Authorization forms provided by Defendants and to return them to the Court on or before April 13, 2012.  *See* docket entry #48.  Soon thereafter, the parties noticed that Plaintiff's social security number on those forms was incorrect.  *See* docket entry #50.  Accordingly, on April 9, 2012, Defendants mailed Plaintiff new Medical Authorization forms that contain his correct social security number.  *See* docket entry #51.

IT IS THEREFORE ORDERED THAT:

1.    Plaintiff must, **on or before April 23, 2012**, complete and return, to the Court, the revised Medical Authorization forms that Defendants sent to him on April 9, 2012.

2.        Plaintiff is reminded that if he fails to timely and properly do so, this case will be dismissed pursuant to Fed. R. Civ. P. 37(b)(2).

Dated this 18th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE