**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RANDELL E. WISHAM                                                                                    PLAINTIFF

V.                                          3:11CV00119 JTR

GERALD MCCLUNG,
Sheriff of Clay County, et al.                                                                    DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor of Defendants.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 11th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE